**UNITED STATES BANKRUPTCY COURT, NORTHERN DISTRICT OF ILLINOIS, EASTERN DIVISION**

RE: Tommie L Vinson, JR ) Case No. 14 B 09979
)
Debtor ) Chapter 13
)
) Judge: JANET S BAER

## NOTICE OF MOTION

Tommie L Vinson, JR

7135 S. Artesian, 1st Floor
Chicago, IL 60629

ERNESTO D BORGES JR
via Clerk's ECF noticing procedures

Please take notice that on June 26, 2014 at 10:30 am my designee or I will appear before the Honorable Judge JANET S BAER at 219 South Dearborn Courtroom 615, Chicago, IL and present the motion set forth below.

I certify under penalty of perjury that this office caused a copy of this notice to be delivered to the persons named above by U.S. mail at 55 E Monroe St., Chicago, IL or by the methods indicated on June 02, 2014.

/s/ Tom Vaughn

## TRUSTEE'S MOTION TO DISMISS FOR UNREASONABLE DELAY

Now comes Tom Vaughn, Trustee in the above entitled case and moves the Court to dismiss this case in support thereof states:

1. On March 20, 2014 the Debtor filed a petition and plan under Chapter 13 of Title 11 U.S.C.

2. That the above-captioned plan has not yet been confirmed.

3. That the Debtor has caused unreasonable delay that is prejudicial to creditors by:

Debtor to amend schedule F - add fine.

WHEREFORE, the Trustee prays that this case be dismissed for unreasonable delay by the debtor pursuant to 11 U.S.C. § 1307 (c) (1).

Respectfully submitted,

TOM VAUGHN
CHAPTER 13 TRUSTEE
55 E. Monroe Street, Suite 3850
Chicago, IL 60603
(312) 294-5900

/s/ Tom Vaughn